UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHANNA TOALONGO,<br><br>                    Plaintiff,<br><br>         -against-<br><br>BENJI CONSTRUCTION CORP. and CARLOS<br>AGUDELO,<br><br>                    Defendants. | 25-CV-3708 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On July 17, 2025, the parties in this case were referred to mediation. ECF No. 9. The parties were directed to file a joint letter and proposed case management plan (CMP) as set forth in ECF No. 6 within one week of any unsuccessful mediation. *See* ECF No. 12. It appears that mediation took place on March 25, 2026. However, the Court has yet to receive any joint letter or proposed CMP. By **April 8, 2026**, the parties are directed to comply with the Court's orders to submit a joint letter and proposed CMP.

Dated:  April 7, 2026
         White Plains, New York

                                        SO ORDERED.

                                        _Jessica Clarke_____

                                        JESSICA G. L. CLARKE
                                        United States District Judge